

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00115-CR

_____


IN RE RAYMOND GILBERT


Original Mandamus Proceeding


Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice  Burgess

# MEMORANDUM OPINION

Raymond Gilbert has filed a petition for writ of mandamus asking this Court to order the Honorable R. Scott McKee, sitting as the 392nd Judicial District Court of Henderson County, to rule on a motion to preserve evidence and a motion for new trial Gilbert filed in that court.

Section 22.221 of the Texas Government Code provides that "[e]ach court of appeals for a court of appeals district may issue all writs of mandamus, agreeable to the principles of law regulating those writs, against: . . . (1) a judge of a district, statutory county, statutory probate county, or county court in the court of appeals district." *See* TEX. GOV'T CODE ANN. § 22.221(b)(1) (Supp.). The 392nd Judicial District Court of Henderson County is not located within our district. TEX. GOV'T CODE ANN. § 22.201(g) (Supp.). It is located within the district of the Tyler Court of Appeals. *See* TEX. GOV'T CODE ANN. § 22.201(m) (Supp.). Although Gilbert's underlying criminal appeal was transferred to this Court pursuant to the Texas Supreme Court's docket equalization order, such transfer does not confer jurisdiction on this Court in a separate original proceeding.[1] *See In re Davis*, 87 S.W.3d 794, 795 (Tex. App.— Texarkana 2002, orig. proceeding).

---

[1]The Texas Supreme Court order directing the transfer of cases under the docket equalization process explicitly excludes any transfer of original proceedings. *See* Misc. Docket No. 19-9022, Transfer of Cases from Courts of Appeals (Mar. 26, 2019).

We, therefore, dismiss the petition for writ of mandamus for want of jurisdiction.


Ralph K. Burgess
Justice

Date Submitted:      June 21, 2019
Date Decided:        June 24, 2019

Do Not Publish